*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*

| | | |
|---|---|---|
| **JANE DOE** | * | |
| c/o Cockey, Brennan & | * | |
| Maloney, P.C. | * | |
| 313 Lemmon Hill Lane | * | |
| Salisbury, Maryland 21801 | * | |
| *Plaintiff* | * | **CASE NO.:**_____ |
| **v.** | * | |
| **GUYVENSON SENECHARLES** | * | |
| 201 College Park Drive, Suite 5 | * | |
| Georgetown, Delaware 19947 | * | |
| **And** | * | |
| **THE CELLULAR** | * | |
| **CONNECTION, LLC** | * | |
| 525 Congressional Boulevard | * | |
| Carmel, Indiana 46032 | * | |
| **SERVE:** | * | |
| The Corporation Trust | * | |
| Incorporated | * | |
| 2405 York Road, Suite 201 | * | |
| Lutherville Timonium, MD | * | |
| 21093 | * | |
| *Defendant* | * | |

*     *     *     *     *     *     *     *     *     *     *     *     *

**MOTION TO PROCEED UNDER PSEUDONYM**

Plaintiff Jane Doe ("**Ms. Doe**") through counsel moves this Honorable Court to proceed under a pseudonym in this case – "Jane Doe." Ms. Doe has brought a claim against Defendants for violation of the Violence Against Women Act, codified at 15 U.S.C. § 6851. Specifically, 15 U.S.C. § 6851(b)(3)(B) permits this Court to grant injunctive relief maintaining the confidentiality of a plaintiff

Page 1 of 2

using a pseudonym. Moreover, the privacy and confidentiality concerns of Ms. Doe outweigh the general presumption of openness of judicial proceedings. For the reasons set forth in the accompanying Memorandum, Ms. Doe moves to proceed as "Jane Doe" solely in the pleadings, motions, docket entries, and all written materials filed in this case. Ms. Doe is prepared to appear in this matter under her legal name in open court. Ms. Doe has submitted a proposed order with this Motion, outlining the relief requested.

/s/ Robin R. Cockey, Esquire

_____

ROBIN R. COCKEY, ESQUIRE
Federal Bar No.: 02657
COCKEY, BRENNAN & MALONEY, P.C.
313 Lemmon Hill Lane
Salisbury, Maryland 21801
Telephone: 410-546-1750
Fax: 410-546-1811
Email: rrcesq@cbmlawfirm.com
*Attorney for Plaintiff*